IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JULIA K. PHILLIPS-HORSELY,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 1:16-CV-30 TS<br><br>District Judge Ted Stewart |

Plaintiff filed her Complaint on March 17, 2016.[1] This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2] The Magistrate Judge issued a Report and Recommendation on June 29, 2017.[3] This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that the ALJ's decision be affirmed because it is supported by substantial evidence and is free of legal error.

Pursuant to 28 U.S.C. § 636(b), a party has fourteen days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the pleadings in the file and the Report and Recommendation.

---

[1] Docket No. 2. The Complaint was originally filed against then-Acting Commissioner of Social Security, Carolyn W. Colvin. Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017, and was substituted as Defendant on June 29, 2017. *See* Docket No. 33.

[2] Docket No. 16.

[3] Docket No. 32.

It is therefore

ORDERED that the Magistrate Judge's June 29, 2017 Report and Recommendation (Docket No. 32) is ADOPTED IN FULL. It is further ORDERED that the ALJ's decision is AFFIRMED.

DATED this 17th day of July, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge
